BC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

RECEIVED
GMM
9/1/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carissa Hill,
Plaintiff,

v.

Amazon.com Services LLC,
Defendant.

Case No.:
1:25-cv-10460
Judge Edmond E. Chang
Magistrate Judge Young B. Kim
RANDOM / Cat. 2

# COMPLAINT AND JURY DEMAND

Plaintiff, Carissa Hill, by and for herself, brings this action against Defendant Amazon.com Services LLC under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq., for unlawful retaliation and employment discrimination, and states as follows:

JURISDICTION AND VENUE 1. This Court has jurisdiction pursuant to 28 U.S.C. §1331 and 42 U.S.C. §2000e-5(f)(3). 2. Venue is proper in this Court because the unlawful employment practices occurred within this District.

PARTIES 3. Plaintiff Carissa Hill is a resident of Ormond Beach, Florida, and was employed by Defendant in Illinois. 4. Defendant Amazon.com Services LLC is a Delaware corporation with facilities in Illinois and is an employer within the meaning of Title VII.

FACTUAL BACKGROUND 5. On December 20, 2024, Plaintiff was subjected to harassment by a male co-worker, including threats involving a firearm. 6. On December 23, 2024, Plaintiff reported the incident to Human Resources, provided details, showed evidence (including text messages), and expressed fear for her safety. 7. Instead of protecting Plaintiff, HR minimized her concerns, questioned whether she would become violent herself, and placed her on suspended leave the next day. 8. On December 30, 2024, Defendant terminated Plaintiff, falsely claiming she had made threats against the harasser. 9. Plaintiff never made a true threat. She explained her fear of the co-worker and concern for safety, but her words were twisted by management to protect the harasser. 10. Plaintiff also disclosed that the harasser claimed to have access to her location at Amazon through managers, which violated company rules and further endangered her. 11. Plaintiff timely filed a charge of discrimination and retaliation with the Equal Employment Opportunity Commission (EEOC). 12. On June 2, 2025, the EEOC issued a Notice of Right to Sue. This Complaint is filed within the 90-day statutory period.

COUNT I – Retaliation (Title VII) 13. Plaintiff engaged in protected activity when she reported harassment and threats to HR. 14. Defendant retaliated against Plaintiff by suspending and then terminating her employment. 15. The stated reason for termination was false and pretextual. COUNT II – Employment Discrimination (Title VII) 16. Defendant subjected Plaintiff to adverse employment action

**Complaint and Jury Demand - Hill V. Amazon**

after she reported harassment. 17. Defendant failed to address harassment and instead punished Plaintiff. 18. As a direct and proximate result, Plaintiff suffered damages including lost wages, emotional distress, and reputational harm.

PRAYER FOR RELIEF WHEREFORE, Plaintiff respectfully requests that this Court: a. Enter judgment in her favor and against Defendant; b. Award back pay, front pay, and lost benefits; c. Award compensatory and punitive damages; d. Order reinstatement or, in the alternative, front pay; e. Award attorney's fees and costs pursuant to 42 U.S.C. §2000e-5(k); and f. Grant such other and further relief as the Court deems just and proper.

JURY DEMAND Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted, _Carill_ 8-24-25_ Carissa Hill 1513 San Marco Dr, Apt 304 Ormond Beach, FL 32174 708-566-0627 carihill@nmu.edu Pro Se Plaintiff

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/02/2025

**To:** Miss Carissa Hill
    1513 San Marco Dr Apt 304
    ORMOND BEACH, FL 32174
Charge No: 440-2025-03600

EEOC Representative and email:   OLGA HARO
                                    Investigator
                                    olga.haro@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2025-03600.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
06/02/2025

Amrith Kaur Aakre
District Director

**Cc:**
NA NA
Amazon.
201 EMERALD DR
JOLIET, IL 60433

Stephanie Bryant Holland
Amazon Fulfillment Center MDW4 c/o Littler Mendelson, P.C.
2301 McGee Street Suite 800
Kansas City, MO 64108

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2025-03600 to the

Case: 1:25-cv-10460 Document #: 1 Filed: 09/01/25 Page 6 of 6 PageID #:6

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2025-03600 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.